UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ORLANDO CANCINO CASTELLAR, *et al.*,<br><br>  Plaintiff-Petitioners,<br>  v.<br><br>KEVIN MCALEENAN, Acting Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>  Defendant-Respondents. | Case No. 17-cv-0491-BAS-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DEFER SCHEDULING OF RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>**[ECF No. 64]** |

The parties have jointly moved for the Court to defer the scheduling of a renewed motion for class certification until after the parties have a completed a Rule 26(f) conference and any early neutral evaluation and/or case management conference ("CMC") that is ordered, all of which is expected to be completed by the end of August. (ECF No. 64.) The parties indicate that they can propose a briefing schedule after the required conference or that one can be included in any case management order. (*Id*.) Having considered the motion, the Court **GRANTS** the parties' request and **VACATES** the current June 25, 2019 deadline for the parties to file a proposed briefing schedule for a renewed class certification motion. The parties shall ensure that they discuss the timing for a renewed class certification motion as their Rule 26(f) conference and/or in connection with any CMC. Unless a deadline to file a renewed motion is included in any CMC, the parties shall file the proposed

1 | briefing schedule **no later than September 16, 2019**.

2 |        **IT IS SO ORDERED.**

3 | **DATED:  June 25, 2019**

Hon. Cynthia Bashant
United States District Judge