# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ORLANDO CANCINO CASTELLAR, *et al.*,<br><br>　　　　　Plaintiff-Petitioners,<br><br>　v.<br><br>KEVIN MCALEENAN, Secretary of Homeland Security; *et al.*,<br><br>　　　　　Defendant-Respondents. | Case No. 3:17-cv-00491-BAS-AHG<br><br>**ORDER VACATING HEARING ON CLASS CERTIFICATION MOTION** |

　　　Pending before the Court is Plaintiffs' Renewed Motion for Class Certification. (ECF No. 125.) A hearing on the motion was previously set for December 7, 2020 at 11:00 a.m. (ECF No. 112.) The Court hereby **VACATES** the hearing. If the Court finds oral argument necessary to the resolution of the motion, an order will issue two weeks in advance.

　　　**IT IS SO ORDERED.**

**DATED: December 2, 2020**

Hon. Cynthia Bashant
United States District Judge