# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE JINSOOK OHTA | **ORDER OF TRANSFER** |

The following cases are transferred from the calendar of the Honorable Cynthia Bashant to the calendar of the Honorable Jinsook Ohta. After this transfer, the case number should be changed to reflect the initials of Judge Ohta. Therefore, in all case numbers, the "BAS" that appears after the case number should be changed to "JO." The assigned Magistrate Judge will remain the same. This change should be made on all future filings to ensure that all documents are properly sent to Judge Ohta. All dates currently set before Judge Bashant are vacated and will be reset by Judge Ohta. Dates before the Magistrate Judge are unaffected by this Order.

1. 17cv0491, *Cancino Castellar et al v. Mayorkas et al*
2. 18cv1745, *Black Mountain Equities, Inc. et al v. Players Network, Inc.*
3. 19cv0828, *Houston Casualty Company v. Cibus US LLC*
4. 19cv1584, *Sandoval v. Guldseth et al*
5. 19cv2126, *Carroll v. California Department of Corrections et al*

| | | |
|---|---|---|
| 1 | 6. | 20cv0166, *Escamilla Avina v. Patenaude & Felix, APC et al* |
| 2 | 7. | 20cv0694, *Pitt v. Metropolitan Tower Life Insurance Company* |
| 3 | 8. | 20cv1348, *Brooks v. Bank of America, NA* |
| 4 | 9. | 20cv1770, *Yousefi v. U.S. Bank National Assoc. et al* |
| 5 | 10. | 21cv0231, *Dos Amigos, Inc. v. Embotelladora Aga del Pacifico, S.A. de C.V.* |
| 6 | 11. | 21cv1153, *Bahrambeygui v. Robertson et al* |
| 7 | 12. | 21cv1352, *Roberts-Gooden v. CSI Financial Services, LLC* |
| 8 | 13. | 21cv1448, *Greywal v. United States of America* |
| 9 | 14. | 21cv1726, *Strike 3 Holdings, LLC v. Doe* |
| 10 | 15. | 21cv1871, *Different Rules, LLC v. West Realm Shires Services, Inc. et al* |
| 11 | 16. | 21cv1887, *Folley v. Gorman et al* |

**IT IS SO ORDERED**.

DATED: January 4, 2022

Hon. Cynthia Bashant
United States District Judge