UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ORLANDO CANCINO CASTELLAR, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:17-cv-00491-JO-AHG<br><br>**ORDER RESETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

Upon review of the docket (*see* ECF Nos. 191, 192, 194, 195, 199), the Case Management Conference originally rescheduled for March 14, 2022 is **RESET** for **May 16, 2022** at **2:30 p.m. PT** before the Honorable Allison H. Goddard. Counsel shall call the chambers teleconference line at 1-877-873-8018 and use 8367902 as the access code. An updated Joint Case Management Statement is not required. If counsel wish to submit a joint informal email update (to efile_goddard@casd.uscourts.gov) on the status of the case and scheduling preferences, this optional email would be due May 9, 2022.

**IT IS SO ORDERED.**

Dated:  March 7, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge