UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Orlando CANCINO CASTELLAR, Ana Maria HERNANDEZ AGUAS, Michael GONZALEZ,<br><br>Plaintiffs-Petitioners,<br><br>vs.<br><br>Alejandro MAYORKAS, Secretary of Homeland Security; *et al.*,<br><br>Defendants-Respondents. | Case No. 3:17-cv-00491-JO-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND GRANTING REQUEST TO AMEND THE START OF THE 30-DAY NOTICE PERIOD**<br><br>District Judge: Hon. Jinsook Ohta<br>Magistrate Judge: Hon. Allison H. Goddard |

For the reasons stated on the record, the Court GRANTS the parties' Joint Motion for Preliminary Approval and Request for Fairness Hearing [Dkt. 242]. The Court hereby preliminarily approves the proposed Settlement Agreement.

The Court also GRANTS the parties' Joint Motion to Amend the Start of the 30-Day Notice Period [Dkt. 243]. The 30-day Notice period shall begin January 30, 2024. The parties shall provide Notice to the class as described in their Joint Motion and in the proposed Agreement at § 10.

The parties shall submit a motion for final approval no later than March 7, 2024. A fairness hearing for consideration of final approval will be held on March 14, 2024 at 9:30 AM.

**IT IS SO ORDERED.**



**DATED**: January 24, 2024

**Hon. Jinsook Ohta**
**United States District Judge**