UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Orlando CANCINO CASTELLAR, Ana Maria HERNANDEZ AGUAS, Michael GONZALEZ,<br><br>Plaintiffs-Petitioners,<br><br>vs.<br><br>Alejandro MAYORKAS, Secretary of Homeland Security; *et al.*,<br><br>Defendants-Respondents. | Case No. 3:17-cv-00491-JO-AHG<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE<br><br>District Judge: Hon. Jinsook Ohta<br>Magistrate Judge: Hon. Allison H. Goddard |

Presently before the Court is the Parties' Joint Motion for Dismissal with Prejudice, filed in accordance with Section 11.e of the Settlement Agreement ("Agreement") (ECF No. 242-2).

On January 24, 2024, the Court preliminarily approved the proposed Agreement and approved the proposed Notice Plan as described in the proposed Agreement at § 10, and it ordered a 30-day notice period to commence on January 31, 2024. ECF No. 245. The notice period ended on February 29, 2024. No objections were filed with the Court,

and Class Counsel reported that no objections were lodged with them. The Court held a fairness hearing on the motion on March 14, 2024. On March 18, 2024, the Court granted final approval of the Agreement. ECF No. 252.

**IT IS HEREBY ORDERED**

1. The Court dismisses this action with prejudice.
2. United States Magistrate Judge Allison H. Goddard retains jurisdiction to enforce the terms of the Agreement for a period of up to three (3) years after dismissal of the action. Defendants may request early termination of jurisdiction and the obligations of the Agreement if, after submitting four consecutive reports pursuant to Section 7 of the Agreement, they have demonstrated substantial compliance with the terms of the Agreement.
3. The terms of Sections 2 through 5 of the Agreement shall only be enforced on an individual basis, with respect to the application of such terms to an individual class member against whom proceedings under 8 U.S.C. §§ 1221-1231 have been initiated.
4. The obligations of the Agreement shall automatically terminate at the same time as the Court's jurisdiction. At that time, the Agreement shall dissolve without further action.

**IT IS SO ORDERED.**

DATED: March 20, 2024

Hon. Jinsook Ohta
**United States District Judge**